UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America

           Plaintiff(s),             Case No. 2:25-mj-30160

v.             Judge

Joseph Strange             Magistrate Judge

           Defendant(s).
            /

**NOTICE OF CORRECTION**

Docket entry number __3__, filed __3/24/2025__, has been modified. The explanation for the correction is stated below.

- ☐ The docket entry was made on the wrong case.
- ☐ The corresponding document image was missing or incomplete.
- ☐ The wrong document image was associated.
- ☐ The wrong judicial officer was listed on the case docket.
- ☐ The filer information was inaccurate or omitted from the docket text.
- ☐ The judicial officer information was inaccurate or omitted from the docket text.
- ☐ The docket text was changed *to include the Partial Payment Order.*
- ☒ Other: Document should not have been filed. Dft has retained counsel.

If you need further clarification or assistance, please contact __Davon__ at __(313) 234-5108__.

KINIKIA D. ESSIX, CLERK OF COURT

Dated: March 31, 2025             s/D. Allen
                                                  Deputy Clerk